170 So. 227

## ITALIAN SOCIETY OF MUTUAL BENE-FICENCE, etc., v. Sara VACARELLA et al.

### 6 Div. 6.

Supreme Court of Alabama.

Oct. 15, 1936.

Ernest Matthews and J. Reese Murray, both of Birmingham, for petitioner.

Jas. L. Permutt and A. Berkowitz, both of Birmingham, opposed.

GARDNER, Justice.

Petition of the Italian Society of Mutual Beneficence, Umberto Di Savoia Principe Di Piemonte, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Italian Society of Mutual Beneficence, etc., v. Vacarella et al., 170 So. 223.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.